# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00359-CV
NO. 03-13-00360-CV

**Milton E. Lindsey, Jr., Appellant**

**v.**

**Kathryn Renee Ramsey, Appellee**

FROM THE JUSTICE COURT, PRECINCT THREE OF TRAVIS COUNTY
NOS. 016468 & 054228, HONORABLE SUSAN STEEG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed notices of appeal in this Court, complaining of orders signed by the justice court on February 15, 2013. However, this Court lacks jurisdiction over justice-court judgments. That jurisdiction lies in the county or district court. *See* Tex. Civ. Prac. & Rem. Code § 51.001; *see also id*. § 51.012 (person may appeal from district or county court to court of appeals); Tex. R. Civ. P. 574b (appeal from justice court is by way of trial de novo in county or district court). Further, appellant filed his notices of appeal in May 2013, well beyond the time to appeal from a justice court decision. *See* Tex. R. Civ. P. 571, 572, 573 (appeal from justice court perfected by appeal bond or affidavit of indigence filed within ten days of judgment or order overruling motion for new trial). We therefore dismiss the appeal for want of jurisdiction.[1] Tex. R. App. P. 42.3(a).

---

[1] Appellant did not respond to our letter asking for an explanation of how we might exercise jurisdiction over these appeals.

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   August 22, 2013